# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WARREN,<br><br>　　　　Plaintiff,<br>v.<br><br>WILLIAM KOLENDER, Sheriff, et al.,<br><br>　　　　Defendants. | Civil No. 05cv2095 LAB (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER CONTINUING THE LAST DAY TO FILE PRETRIAL MOTIONS**<br><br>[Doc. No. 58] |

Defendant filed an application to continue the last day to file pretrial motions. Defendant asserts that as defense counsel was traveling to Coalinga State Hospital to take Plaintiff's deposition, he learned that Plaintiff is actually being held in George Bailey Detention Facility in San Diego. Defendant never received a change of address notice. Defendant now needs additional time to schedule and take Plaintiff's deposition. Defendant would like to conduct Plaintiff's deposition before filing his motion for summary judgment. For good cause shown, the Court **GRANTS** Defendant's application, and **ORDERS** that the last day to file pretrial motions is *__February 28, 2008__*. All non-conflicting provisions of the Court's May 25, 2007 Scheduling Order remain in full force and effect.

**IT IS SO ORDERED.**

DATED: January 22, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge