UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WARREN,<br><br>            Plaintiff,<br>v.<br><br>WILLIAM KOLENDER, Sheriff; SAN DIEGO COUNTY BOARD OF SUPERVISORS,<br><br>            Defendants. | Civil No. 05cv2095 LAB (NLS)<br><br>**KLINGELE / RAND NOTICE WARNING PRO SE PRISONER OF MOTION FOR SUMMARY JUDGMENT** |

      **This notice is required to be given to you pursuant to <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998) (en banc), <u>cert. denied</u>, 527 U.S. 1035 (1999) and <u>Klingele v. Eikenberry</u>, 849 F.2d 409 (9th Cir. 1988):**

      The Defendant has filed a Motion for Summary Judgment by which he seeks to have your case dismissed. A Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

      Rule 56 tells you what you must do in order to oppose a Motion for Summary Judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact-- that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your

1 complaint says.  Instead, you must set out specific facts in declarations, depositions, answers to
2 interrogatories, or authenticated documents, as provided by Rule 56(e), that contradict the facts
3 shown in the defendants' declarations and documents and show that there is a genuine issue of
4 material fact for trial.  If you do not submit your own evidence in opposition, summary
5 judgment, if appropriate, may be entered against you.  If summary judgment is granted, your
6 case will be dismissed and there will be no trial.

7 Accordingly, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is
8 calendared for hearing on **Thursday, April 10, 2008** at 11:00 a.m.  Defendant filed his Motion
9 and served you with a copy of the Notice of Motion and Motion on **Thursday, February 28,**
10 **2008.**  Your Opposition (including any supporting documents) must be filed and served on
11 Defendant by **Thursday, March 27, 2008**, which is fourteen (14) calendar days before the
12 hearing.  If you do not wish to oppose Defendants' Motion, you should file and serve a "Notice
13 of Non-Opposition" by that same date to let the Court know that Defendant's Motion is
14 unopposed.  If you do file and serve an Opposition, Defendants must file and serve their Reply
15 to your Opposition by **Thursday, April 3, 2008**, which is five (5) court days before the hearing.

16 At the time appointed for hearing, the Court will, in its discretion and unless otherwise
17 ordered, consider Defendant's Motion for Summary Judgment on the moving papers and will not
18 hold oral argument, pursuant to Civ. L.R. 7.1(d)(1).

19 **IT IS SO ORDERED.**

20 DATED:  February 29, 2008

22 Hon. Nita L. Stormes
U.S. Magistrate Judge